# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Leetex Construction, LLC ) | ASBCA Nos. 58684, 59232 |
| ) | |
| Under Contract No. W912QR-12-C-0010 ) | |

APPEARANCES FOR THE APPELLANT:  Theodore M. Bailey, Esq.
Kristin Zachman, Esq.
  Bailey & Bailey, P.C.
  San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:  Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Jennifer M. Payton, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

The appeals have been settled, and the settlement amount has been paid. In separate filings, each party has moved to dismiss these appeals with prejudice. The motions are granted.

WHEREFORE, ASBCA Nos. 58684 and 59232 are hereby dismissed with prejudice.

Dated: 28 January 2015

JACK DELMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58684, 59232, Appeals of Leetex Construction, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals